```
_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED
```

SG  MAY 25 2016

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

16 MS-00073 RSL

Writ# SEA 78337

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK a/k/a DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN, NEW YORK BRANCH a/k/a DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN a/k/a DZ BK AG DEUTSCHE ZENTRAL NY BR a/k/a DZ BANK AG a/k/a DZ BANK, <br><br> Plaintiff, <br><br> v. <br><br> CONNECT INSURANCE AGENCY, INC., <br><br> Defendant. <br><br> PROGRESSIVE NORTHWESTERN INSURANCE COMPANY, <br><br> Garnishee Defendant. | Case No. 3:14-cv-05880-JLR <br><br> **APPLICATION FOR WRIT OF GARNISHMENT** <br><br> Misc. Action No. <br><br> ***Clerk's Action Required*** |

APPLICATION FOR WRIT
OF GARNISHMENT -- 1

ROBERTS JOHNS & HEMPHILL, PLLC
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646


ORIGINAL

THE UNDERSIGNED STATES:

A fee of $46.00 is submitted herewith, payable to the Clerk of the Court.

As attorney for the above-named Plaintiff, I am making this application for a Writ of Garnishment on said Plaintiff's behalf.

The facts are stated as follows:

    1.    Plaintiff has a judgment wholly or partially unsatisfied, against Connect Insurance Agency, Inc., a Texas corporation, and Connect Insurance Agency, Inc., a Florida corporation, entered in United States District Court for Western District of Washington at Seattle on May 9, 2016.

    2.    The amount alleged to be due and still owing under said judgments, including interest and other statutory costs, is **$582,951.30**; and has been calculated as follows:

    Balance of judgment: $582,565.30; filing fee: $46.00; answer fee: $20.00; postage and certified mail: $20.00; service fee: $0.00; garnishment attorney fee: $300.00.

    3.    Plaintiff has reason to believe, and does believe, that the above-named Garnishee Defendant, **Progressive Northwestern Insurance Company, whose address is located at 6300 Wilson Mills Rd., Mayfield Village, OH  44143** is indebted to Defendant Connect Insurance Agency, Inc., a Texas corporation and/or Connect Insurance Agency, Inc., a Florida corporation, in amounts exceeding those exempted from garnishment by any state or federal law.

    4,    Garnishee Defendant is not the employer of Defendant, Connect Insurance Agency, Inc., a Texas corporation and/or Connect Insurance Agency, Inc., a Florida corporation

/ / / / /

/ / / / /

/ / / / /

/ / / / /

APPLICATION FOR WRIT OF GARNISHMENT -- 2

ROBERTS JOHNS & HEMPHILL, PLLC
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646

1
2  THE UNDERSIGNED CERTIFIES (or declares) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.
3
4  DATED this 24 day of May, 2016 at Gig Harbor, Washington.
5
                               ROBERTS JOHNS & HEMPHILL, PLLC
6
7                              _____
                               Michael W. Johns, WSB #22054
8                              Attorneys for Plaintiff

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26  APPLICATION FOR WRIT
    OF GARNISHMENT -- 3

ROBERTS JOHNS & HEMPHILL, PLLC
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646