1

2

3

4

5                                    UNITED STATES DISTRICT COURT
                                   WESTERN DISTRICT OF WASHINGTON
6                                            AT SEATTLE

7     _____
                                              )
8     DZ BANK AG DEUTSCHE ZENTRAL-            )
      GENOSSENSCHAFTSBANK,                    )
                                              )          Case No. MC16-0073RSL
9                          Plaintiff,         )
                    v.                        )
10                                            )          ORDER TO ISSUE WRIT OF
      CONNECT INSURANCE AGENCY, INC.,         )          GARNISHMENT
11                                            )
                           Defendant,         )
12                  v.                        )
                                              )
13    PROGRESSIVE NORTHWESTERN                )
      INSURANCE COMPANY,                      )
14                                            )
                           Garnishee.         )
15    _____)

16
              This matter comes before the Court on plaintiff's "Application for Writ of Garnishment"
17
      for property in which the defendant/judgment debtor, Connect Insurance Agency, Inc., has a
18
      substantial nonexempt interest and which may be in the possession, custody, or control of the
19
      garnishee, Progressive Northwestern Insurance Company. The Court having reviewed the record
20
      in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of
21
      Garnishment submitted by plaintiff's counsel on May 25, 2016, at Dkt. # 1-2.
22

23
              Dated this 2nd day of June, 2016.
24

25                                                      _____
                                                        Robert S. Lasnik
26                                                      United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT