CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington

By _____

Deputy Clerk

1

2

3

4

5

6

7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

8

| | | |
|---|---|---|
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK a/k/a DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN, NEW YORK BRANCH a/k/a DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN a/k/a DZ BK AG DEUTSCHE ZENTRAL NY BR a/k/a DZ BANK AG a/k/a DZ BANK, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:14-cv-05880-JLR<br><br>**16 MS-00073**RSL<br><br>**WRIT OF GARNISHMENT**<br><br>Misc. Action No. |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| CONNECT INSURANCE AGENCY, INC., | ) ) ) | |
| Defendant. | ) ) | |
| PROGRESSIVE NORTHWESTERN INSURANCE COMPANY, | ) ) ) ) | |
| Garnishee Defendant. | ) ) | |

WRIT OF GARNISHMENT -- 1

**ROBERTS JOHNS & HEMPHILL, PLLC**
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646



THE UNITED STATES OF AMERICA TO:   Progressive Northwestern Insurance
                                    Company
                                    6300 Wilson Mills Rd.
                                    Mayfield Village, OH  44143

AND TO:       Connect Insurance Agency, Inc., a Texas corporation and Connect Insurance
              Agency, Inc., a Florida corporation

The above-named Plaintiff has applied for a writ of garnishment against you, claiming that Connect Insurance Agency, Inc., a Texas corporation and Connect Insurance Agency, Inc., a Florida corporation, are indebted to Plaintiff and that the amount to be held to satisfy that indebtedness is **$582,951.30**, consisting of:

| | | | |
|---|---|---:|---:|
| Balance on Judgment | | | $ 582,565.30 |
| | | | |
| Estimated garnishment costs: | | | |
| Filing Fee and Ex Parte Fees:: | $ | 46.00 | |
| Service and Affidavit Fee: | $ | 0.00 | |
| Postage/Certified Mail: | $ | 20.00 | |
| Answer Fee or Fees: | $ | 20.00 | |
| Garnishment Attorney Fee: | $ | 300.00 | $    386.00 |

**TOTAL**                                                    **$    582,951.30**

YOU ARE HEREBY COMMANDED, unless otherwise directed by the court or by this writ, not to pay any debt, whether earnings subject to this garnishment or any other debt, owed to Connect Insurance Agency, Inc., a Texas corporation and Connect Insurance Agency, Inc., a Florida corporation at the time this writ was served and not to deliver, sell, or transfer, or recognize any sale or transfer of, any personal property, funds or effects of Connect Insurance Agency, Inc., a Texas corporation and Connect Insurance Agency, Inc., a Florida corporation in your possession or control at the time when this writ was served.  Any such payment, delivery, sale, or transfer is void to the extent necessary to satisfy the plaintiff's claim and costs for this writ with interest.

YOU ARE FURTHER COMMANDED to answer this writ by filling in the attached form according to the instructions in this writ and in the answer form and, within either twenty (20) days after the service of the writ upon you or within forty (40) days of the date of service upon the Washington Insurance Commissioner, to mail or deliver the original of such answer to the court, one copy to the plaintiff or the plaintiff's attorney, and one copy to Defendant, in the envelopes provided.

WRIT OF GARNISHMENT -- 2                    **ROBERTS JOHNS & HEMPHILL, PLLC**
                                            7525 PIONEER WAY, SUITE 202
                                            GIG HARBOR, WASHINGTON 98335
                                            TELEPHONE (253) 858-8606
                                            FAX (253) 858-8646

1

2    If you owe Connect Insurance Agency, Inc., a Texas corporation and/or Connect
     Insurance Agency, Inc., a Florida corporation a debt payable in money in excess of the amount
3    set forth in the first paragraph of this writ, hold only the amount set forth in the first paragraph
     and release all additional funds or property to Connect Insurance Agency, Inc., a Texas
4    corporation and/or Connect Insurance Agency, Inc., a Florida corporation.

5           Counsel for the plaintiff states that:

6           a.      Connect Insurance Agency, Inc., a Texas corporation address is: 201 SE 124th
7    Ave., Suite 102, Vancouver, WA 98684;

8           b.      Connect Insurance Agency, Inc., a Florida corporation address is: 125 South
     State Road 7, #104-178, Wellington, FL 33414

9
            IF YOU FAIL TO ANSWER THIS WRIT AS COMMANDED, A JUDGMENT
10   MAY BE ENTERED AGAINST YOU FOR THE FULL AMOUNT OF THE PLAINTIFF'S
     CLAIM AGAINST CONNECT INSURANCE AGENCY, INC., A TEXAS CORPORATION
11   AND CONNECT INSURANCE AGENCY, INC., A FLORIDA CORPORATION WITH
     ACCRUING INTEREST, ATTORNEY FEES, AND COSTS WHETHER OR NOT YOU
12   OWE ANYTHING TO CONNECT INSURANCE AGENCY, INC., A TEXAS
     CORPORATION AND/OR CONNECT INSURANCE AGENCY, INC., A FLORIDA
13   CORPORATION.   IF YOU PROPERLY ANSWER THIS WRIT, ANY JUDGMENT
     AGAINST YOU WILL NOT EXCEED THE AMOUNT OF ANY NONEXEMPT DEBT OR
14   THE VALUE OF ANY NONEXEMPT PROPERTY OR EFFECTS IN YOUR POSSESSION
     OR CONTROL.
15

16          JUDGMENT MAY ALSO BE ENTERED AGAINST CONNECT INSURANCE
     AGENCY, INC., A TEXAS CORPORATION AND/OR CONNECT INSURANCE
17   AGENCY, INC., A FLORIDA CORPORATION FOR COSTS AND FEES INCURRED BY
     THE PLAINTIFF.

18
            Witness, the Honorable Robert S. Lasnik        , Judge of the above-entitled
19   Court, and the seal thereof, on June 2, 2016                      (date)..

20                          WILLIAM M. MCCOOL
                            CLERK OF THE COURT
21
                            By: s/ Rachel Evans-Deputy Clerk
22

23                          UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
24                          700 Stewart Street, Suite 2310
                            Seattle, WA 98101
25

26   WRIT OF GARNISHMENT -- 3              **ROBERTS JOHNS & HEMPHILL, PLLC**
                                           7525 PIONEER WAY, SUITE 202
                                           GIG HARBOR, WASHINGTON 98335
                                           TELEPHONE (253) 858-8606
                                           FAX (253) 858-8646

1
2
3    ROBERTS JOHNS & HEMPHILL, PLLC
4
5    _____
     MICHAEL W. JOHNS, WSBA #22054
6    Attorney for Plaintiff
7    7525 Pioneer Way, Suite 202
     Gig Harbor, WA  98335
8    (253) 858-8606
9
10   Defendants' Names and Addresses:
11   Connect Insurance Agency, Inc., a Texas corporation
     201 SE 124th Ave., Suite 102
12   Vancouver, WA  98684
13   Connect Insurance Agency, Inc., a Florida corporation
     125 South State Road 7, #104-178
14   Wellington, FL  33414
15
16
17
18
19
20
21
22
23
24
25
26   WRIT OF GARNISHMENT -- 4

ROBERTS JOHNS & HEMPHILL, PLLC
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646